UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DUKE DOUGLAS,

                Plaintiff,

v.                                                  Case No. 3:25-cv-00500-wmc

JOHNSON HEALTH TECH TRADING,
INC. and BOWFLEX INC.,

                Defendants.

---

### PLAINTIFF'S NOTICE OF <u>INVOLUNTARY</u> DISMISSAL WITH PREJUDICE

---

On August 11, 2025, the United States Bankruptcy Court, District of New Jersey, entered the attached order (Exhibit 1 or the "Order") requiring, *inter alia*, that Plaintiff file a notice with this Court dismissing the above-captioned action with prejudice. Pursuant to the Order, Plaintiff Duke Douglas, individually on behalf of himself, hereby <u>involuntarily</u> dismisses the above-captioned action with prejudice and without costs to either party. Plaintiff intends to appeal the Order.

By filing this notice of involuntary dismissal, Plaintiff reserves rights to seek relief from this dismissal, including rights under FRCP 60(b) and Plaintiff does not waive, relinquish, or otherwise prejudice his right to appeal any aspect of the Order, including, but not limited to the Order's requirement that Plaintiff dismiss the litigation with prejudice

Date: August 14, 2025                                    **SMITH KRIVOSHEY, PC**

                                                                    */s/ Brittany S. Scott*
                                                                      Brittany S. Scott

                    Smith Krivoshey, PC
                    166 Geary Street, Suite 1500-1507
                    San Francisco, CA 94108
                    Telephone: (415) 839-7077
                    Facsimile: (888) 410-0415
                    E-Mail: brittany@skclassactions.com

*Attorneys for Plaintiff*